# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARK C. FARAONE,**

        **Plaintiff,**

**-vs-**                                          **Case No.  6:07-cv-1086-Orl-31KRS**

**LOCKHEED MARTIN CORPORATION,**

        **Defendant.**

_____

**LOCKHEED MARTIN CORPORATION,**

        **Third Party Plaintiff,**

**vs.**

**NLX, LLC**

        **Third Party Defendant.**

_____

## ORDER

This matter comes before the Court on Lockheed Martin Corporation's Motion to Exclude Expert Report and Testimony of Joel Plaice (Doc. 50) and Mark C. Faraone's Motion to Preclude the Testimony of Richard A. Allnutt (Doc. 68), as well as the responses to those motions. Having reviewed the motions, the Court finds them to be without merit. Accordingly, it is hereby

**ORDERED** that Lockheed Martin Corporation's Motion to Exclude Expert Report and Testimony of Joel Plaice (Doc. 50) and Mark C. Faraone's Motion to Preclude the Testimony of

Richard A. Allnutt (Doc. 68) are **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 28, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party